IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINO GADDINI, | No. C 06-7249 JSW (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| ROBERT AYERS, Warden, | |
| Respondent. | |

    Petitioner, a prisoner of the State of California, formerly incarcerated at the San Quentin State Prison in San Quentin, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. On April 16, 2007, the Court ordered Respondent to show cause as to why the petition should not be granted. Thereafter, on May 11, 2007, an order from Chief Judge Walker regarding the Court's electronic filing was sent to the parties. On May 18, 2007, the Court's order sent to Petitioner was returned with a notification from the facility that Petitioner was no longer detained there. On December 3, 2007, the Court granted a motion from Respondent seeking an extension. Again on December 5, 2007, the Court's order to Petitioner was returned as undeliverable. More than 60 days have passed since the first order was returned from the facility. Accordingly, the petition is hereby dismissed without prejudice for his failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

DATED: December 13, 2007

JEFFREY S. WHITE
United States District Judge

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GINO GADDINI,

        Plaintiff,

  v.

ROBERT AYERS et al,

        Defendant.

Case Number: CV06-07249 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nino Gaddini
F22217
CSP-San Quentin
San Quentin, CA 94974

Pamela K. Critchfield
Attorney at Law
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: December 13, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk